FILED
2026 Feb-13 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

**In the United States District Court
For the Northern District of Alabama
Southern Division**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cr-00634-MHH-HNJ** |
| | ) | |
| **Carey O. Walker** | ) | |

## Notice of Speedy Trial Waiver

Mr. Carey O. Walker, by and through counsel, gives written notice of his Waiver of Speedy Trial in accordance with 18 U.S.C. § 3161(h)(7)(A). In so doing, Mr. Walker states:

I have been advised of my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* I hereby knowingly, freely and voluntarily waive my rights under the Act and request a continuance. I understand that any trial delay will be excluded from computation under the Speedy Trial Act and request that the Court find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendant in a speedy trial.

Respectfully submitted,

CAREY O. WALKER
Defendant

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/ James T. Gibson**
JAMES T. GIBSON