FILED

2026 Apr-21 PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

v. CAREY O. WALKER,
Defendant.

FILED

20 APR 20 P 55

U.S. DISTRICT COURT
N.D. OF ALABAMA

# DEFENDANT'S MOTION FOR RULE 17(c) SUBPOENAS AND DEFENSE INVESTIGATION

COMES NOW the Defendant, by counsel, and respectfully moves for issuance of subpoenas pursuant to Federal Rule of Criminal Procedure 17(c) for records from detention facilities where the complaining witness was housed between February 2025 and June 2025.

## I. REQUESTED RECORDS

1. Intake medical records
2. Injury documentation
3. Incident reports
4. Recorded statements or complaints
5. Housing logs
6. Grievances
7. Call logs where maintained
8. Records relevant to timeline, credibility, or alleged injuries

## II. LEGAL AUTHORITY

Rule 17(c) authorizes subpoenas for relevant and specific materials. 4/14/2026See:

- United States v. Nixon, 418 U.S. 683 (1974)
- Pennsylvania v. Ritchie, 480 U.S. 39 (1987)

## III. BASIS

These records may contain evidence directly relevant to:

1. Credibility
2. Timing of alleged injuries
3. Prior inconsistent accounts
4. Impeachment material
5. Alternative explanations for physical condition

## IV. RELIEF REQUESTED

4/14/2026

Defendant requests issuance of subpoenas and any protective procedures the Court deems appropriate.

Respectfully submitted,

Carey O. Walker

_____

Counsel for Defendant:  James Gibson