FILED
2026 Jun-30  AM 07:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**In the United States District Court
for the Northern District of Alabama
Southern Division**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:25-cr-634-MHH-HNJ** |
| | ) | |
| **Carey O'Neal Walker** | ) | |

**Unopposed Motion to Modify the Protective Order**

Mr. Carey O. Walker, by and through counsel and without opposition from the United States, respectfully asks this Honorable Court to modify the Protective Order in this matter. (Doc. 10.) Specifically, Mr. Walker asks the Court to permit the parties, by mutual agreement, to agree among themselves for Mr. Walker to receive paper copies of specific, redacted discovery material, with the proviso that Mr. Walker be prohibited from disseminating any discovery to any third party outside of his defense team, as defined in the Protective Order.

There is good cause for the requested relief. Mr. Walker very much wishes to be an active contributor to his own defense, and the inability to access his discovery material outside the presence of counsel limits his ability to do so. Allowing the parties the flexibility to modify the Protective Order by allowing copies of agreed-upon, redacted discovery material to be provided to Mr. Walker will facilitate Mr. Walker's ability to participate in his own defense, while leaving in place the protections provided for in the order.

Counsel for the government does not oppose this motion.

A proposed Order is appended to this motion.

1

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

**/s/James T. Gibson**
JAMES T. GIBSON
Assistant Federal Public Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
James_Gibson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

Respectfully submitted.

**/s/ James T. Gibson**
JAMES T. GIBSON

2