FILED
2026 Jul-02  PM 04:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **}** | |
| | **}** | |
| **v.** | **}** | **Case No. 2:25-cr-634-MHH-HNJ** |
| | **}** | |
| **CAREY O'NEAL WALKER** | **}** | |
| *a/k/a RAMPAGE* | **}** | |

## ORDER

This matter proceeds before the Court on Defendant Carey O'Neal Walker's unopposed motion to modify the protective order. (Doc. 28; Doc. 10).

For good cause shown, the motion is **GRANTED**, as follows:

1. Notwithstanding the Protective Order, the parties may, by mutual agreement, designate certain redacted discovery that Mr. Walker will be allowed to receive and retain;

2. Mr. Walker may not disseminate any discovery to any third party outside of his defense team, as defined in the Protective Order;

3. Except as otherwise provided herein, the Protective Order shall remain in full force and effect.

**DONE** this 2nd day of July, 2026.

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE